# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2000

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial)  Hi, Larry R. | 2. Court or Organization  District Court ~ Nevada | 3. Date of Report  08/08/2001 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Nominee) | 5. Report Type (check type)  X Nomination, Date 8/02/01  ___ Initial   X Annual   ___ Final | 6. Reporting Period  1/01/00 to 8/07/01 |
| 7. Chambers or Office Address  241 Ridge Street, Fourth Floor  P. O. Box 2670  Reno, NV 89505-2670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Partner | McDonald Carano Wilson McCune Bergin Frankovich & Hicks LLP |
| Director | Stillwater Farms, Inc. |
| rector and Secretary | Nevada Bighorns Unlimited |

## AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 2001 | McDonald Carano Wilson McCune Bergin Frankovich & Hicks LLP – Will have continuing payments from law firm for buyout of partnership interest. |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2001 | McDonald Carano Wilson McCune Bergin Frankovich & Hicks LLP | $106,664 |
| 2000 | McDonald Carano Wilson McCune Bergin Frankovich & Hicks LLP | $323,293 |
| 2001 | State of Nevada | $ 1,445 |
| 2000 | State of Nevada | $ 3,152 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [ ] NONE (No such reportable reimbursements.) | | |
| 1 | | |
| 2 | | Exempt |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] NONE (No such reportable gifts.) | | | |
| | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 1 Rental Property #1 Reno, NV | D | Rent | M | W | " | | | | |
| 2 Rental Property #2 Sparks, NV | E | Rent | M | W | " | | | | |
| 3 Avansino Realty Partners Ltd. | F | Rent | O | Q | " | | | | |
| 4 Rental Property #3 Sparks, NV | | | | | | | | | |
| 5 Rental Property #4 Sparks, NV | | | | | | | | | |
| 6 Rental Property #5 Reno, NV | | | | | | | | | |
| 7 Rental Property #6 Reno, NV | | | | | | | | | |
| 8 Rental Property #7 San Francisco, CA | | | | | | | | | |
| 9 Wells Fargo Bank - Account | D | Int | L | T | " | | | | |
| 10 Boyd Gaming Corp - Common | A | Div | J | T | " | | | | |
| 11 Harbor Fund | A | Div | J | T | " | | | | |
| 12 MGM Mirage - Common | A | Div | K | T | " | | | | |
| 13 Zion's Bancorp - Common | A | Div | E | T | " | | | | |
| 14 Stillwater Farms, Inc. - Common | | None | K | W | " | | | | |
| 15 401K Plan | D | Div & Int | M | T | " | | | | |
| 16 MGFIX | | | | | | | | | |
| 17 COST | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 1 Rental Property #1 Reno, NV | D | Rent | M | W | " | | | | |
| 2 Rental Property #2 Sparks, NV | E | Rent | M | W | " | | | | |
| 3 Avansino Realty Partners Ltd. | F | Rent | O | Q | " | | | | |
| 4 Rental Property #3 Sparks, NV | | | | | | | | | |
| 5 Rental Property #4 Sparks, NV | | | | | | | | | |
| 6 Rental Property #5 Reno, NV | | | | | | | | | |
| 7 Rental Property #6 Reno, NV | | | | | | | | | |
| 8 Rental Property #7 San Francisco, CA | | | | | | | | | |
| 9 Wells Fargo Bank - Account | D | Int | L | T | " | | | | |
| 10 Boyd Gaming Corp - Common | A | Div | J | T | " | | | | |
| 11 Harbor Fund | A | Div | J | T | " | | | | |
| 12 MGM Mirage - Common | A | Div | K | T | " | | | | |
| 13 Zion's Bancorp - Common | A | Div | E | T | " | | | | |
| 14 Stillwater Farms, Inc. - Common | | None | K | W | " | | | | |
| 15 401K Plan | D | Div & Int | M | T | " | | | | |
| 16 MGFIX | | | | | | | | | |
| 17 COST | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Hicks, Larry R. | 06/08/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _8/09/01_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544